Opinion issued May 1, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00086-CV

____________


GENE DOSS CONSTRUCTION & INSURANCE CO. OF THE WEST, Appellant


V.


BURTON INDEPENDENT SCHOOL DISTRICT, Appellee






On Appeal from the 335th District Court

Washington County, Texas

Trial Court Cause No. 32211






MEMORANDUM OPINION

 We have received from a party to the appeal a release and satisfaction of
judgment, which shows that the judgment being appealed has been fully paid and
satisfied.

 The existence of an actual controversy is essential to the exercise of appellate
jurisdiction. See Hallmark Personnel of Texas, Inc. v. Franks, 562 S.W.2d 933, 935
(Tex. App. -Houston [1st Dist.] 1978, no writ). Because there is no longer a
controversy between the parties, we no longer have jurisdiction over the appeal.

 Accordingly, the appeal is dismissed for want of jurisdiction. See Tex. R. App. 
P. 42.3(a).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Alcala.